

FILED
CLERK, U.S. DISTRICT COURT
JAN 2 7 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:21-mj-00423-Duty – 1 |
|---|---|
| CARLOS AYALA HERNANDEZ<br>USMS# _____<br>DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 01/26/2021, 12:00     ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

    18 USC 1028(a)(1) and (f)

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes   Language: SPANISH

7. Year of Birth: 1976

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: Thomas Ferguson     (please print)

12. Office Phone Number: 805 325 5183     13. Agency: ICE/ Homeland Security Invest

14. Signature: /s/     15. Date: 1/27/2021

CR-64 (05/18)          REPORT COMMENCING CRIMINAL ACTION